UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Lindsey Cross v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 3:10-cv-11643-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal With Prejudice filed on February 3, 2015 (Doc. 20), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
      **Deputy Clerk**

Date: March 3, 2015

APPROVED:   Digitally signed by David R. Herndon
Date: 2015.03.03 10:45:16 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT